IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3041 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRIUS D. MASON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

At the Defendant's request and with the parties' consent,

IT IS ORDERED:

1) The defendant's motion to continue (filing no. 33) is granted. Detention Hearing is continued to Wednesday, May 9, 2012 at 11:00 A.M.

2) The ends of justice served by granting defendant's request to change the detention hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the detention hearing, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 1st day of May, 2012.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge